Argued and submitted August 30, fine vacated; otherwise affirmed September 28, 1988

GERALD DEWIND,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(08-87-190; CA A45844)

761 P2d 551

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks judicial review of the final order of the Superintendent finding him guilty of violating an institutional rule and fining him $100. It was error to impose a fine. *Watson v. OSP,* 90 Or App 85, 750 P2d 1190 (1988).

Fine vacated; otherwise affirmed.